UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **CV 18-01756-JAK-MAA**                                    Date: **July 17, 2018**

Title        **Christopher White v. Los Angeles County,** *et al.*

Present: The Honorable:     MARIA A. AUDERO, U.S. Magistrate Judge

|             Mel Zavala             |              N/A              |
|-------------------------------------|-------------------------------|
|           Deputy Clerk              |    Court Reporter / Recorder  |

Attorneys Present for Petitioner:            Attorneys Present for Respondent:
           N/A                                                N/A

**Proceedings (In Chambers):**    **Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution**

On June 8, 2018, Magistrate Judge Jacqueline Chooljian issued an Order Dismissing Complaint with Leave to Amend. ("Order," ECF No. 8.) Judge Choolijian ordered that if Plaintiff Christopher White intended to pursue this matter, then he was required to file a First Amended Complaint within fourteen (14) days from the Order, *i.e.*, by June 22, 2018. (*Id.* at 6.) Judge Choolijian cautioned Plaintiff that failure to comply with the Order "**may be deemed plaintiff's admission that amendment is futile, and may result in the dismissal of this action with or without prejudice on the grounds set forth above, on the ground that amendment is futile, for failure diligently to prosecute and/or for failure to comply with the Court's Order.**" (*Id.* at 7.) On June 11, 2018, the Court transferred this case to the calendar of Magistrate Judge Maria A. Audero. (ECF No. 9.)

To date, Plaintiff has filed neither a First Amended Complaint nor a notice of voluntary dismissal of the action. (A Notice of Dismissal form is attached to this Order.) Plaintiff is **ORDERED TO SHOW CAUSE** by **August 17, 2018** why the Court should not recommend that the case be dismissed without prejudice for want of prosecution. C.D. Cal. L.R. 41-1. If Plaintiff files a First Amended Complaint or a Notice of Dismissal on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

It is so ordered.

:
mz

**Initials of Preparer**