# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher White, | Case No. 2:18-cv-01756-JAK (MAA) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| Los Angeles County, *et al.*, | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice.

DATED: October 10, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE